UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRANDEN MICHAEL WIREMAN,

     Plaintiff,

                                                Case No. 2:25-cv-224

v.

                                             HON. JANE M. BECKERING

JAMES CORRIGAN, et al.,

     Defendants.

_____/

## <u>ORDER</u>

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendants Corrigan, Savoie, Cole, and Batho filed a Motion to Dismiss for Failure to State a Claim asserting the affirmative defense of failure to exhaust (ECF No. 14).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 2, 2026 (ECF No. 20), recommending that this Court grant the motion, dismiss without prejudice Plaintiff's claims against Defendants Corrigan, Savoie, Cole, and Batho, and terminate this matter.  The Report and Recommendation was duly served on the remaining parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Corrigan, Savoie, Cole, and Batho's Motion to Dismiss (ECF No. 14) is GRANTED.  Plaintiff's remaining claims against Defendants Corrigan, Savoie, Cole, and Batho are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: April 8, 2026                                     /s/ Jane M. Beckering
                                                                    JANE M. BECKERING
                                                                    United States District Judge

2